**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| KEVIN S. MINES, | : | No. 116 EM 2015 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| HONORABLE SHELIA WOODS-SKIPPER, PRESIDENT JUDGE, PHILADELPHIA COUNTY, | : | |
| | : | |
| | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2015, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED**. The Court of Common Pleas of Philadelphia County is **DIRECTED** to dispose of Petitioner's pending petition within 90 days. The Prothonotary is **DIRECTED** to strike the name of jurist from the caption.